Ron **KRAMER**, an Arizona Resident, Sal Abraham, a Florida Resident, **Thermolife International LLC**, an Arizona Limited Liability Company, **Plaintiffs–Appellants**

v.

**CREATIVE COMPOUNDS, LLC**, a Nevada Limited Liability Company, **Defendant–Appellee.**

No. 2015–1621.

United States Court of Appeals, Federal Circuit.

March 18, 2016.

Gregory Blain Collins, Kercsmar & Feltus PLLC, Scottsdale, AZ, argued for plaintiffs-appellants.

Nelson D. Nolte, Nolte Law Firm, Manchester, MO, argued for defendant-appellee.

NEWMAN, MOORE, and STOLL, Circuit Judges.

## JUDGEMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**